Matter of Mackey v Mennin

2026 NY Slip Op 03072

May 14, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Lashawn Mackey, Petitioner,

v

Felicia Anne Mennin, et al., Respondents.

Decided and Entered: May 14, 2026

Motion No. M-1948|Appeal No. 6650|Case No. 2026-01529|

Before: Manzanet-Daniels, J.P., Kennedy, Friedman, Gesmer, Rosado, JJ.

New York County Defender Services, New York (Jessica Horani of counsel), for petitioner.

Letitia James, Attorney General State of New York (James B. Cooney of counsel), for Hon. Felicia Mennin, respondent.

Alvin L. Bragg, Jr., District Attorney, New York (Franklin R. Guenthner of counsel), for Alvin L. Bragg, Jr., respondent.

[*1]

The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules,

Now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon,

It is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements.

M-1948 - Matter of Mackey v Mennin

Motion for stay, denied.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 14, 2026